UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In Re: §
§
CARISA HURLEY § Case No. 14-07511
§
Debtor §

NOTICE OF AMENDED TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that PETER N. METROU, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S. Dearborn Street
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on May 24, 2019, in Courtroom ,
Joliet City Hall
150 West Jefferson Street, 2nd Floor
Joliet, Illinois 60432

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 4/23/19                    By: /s/ Peter N. Metrou
                                             Chapter 7 Trustee

*Peter N. Metrou, Trustee*
*123 W. Washington St.*
*Suite 216*
*Oswego, IL 60543*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **IN RE** | ) | **Chapter 7** |
| | ) | |
| **CARISA HURLEY,** | ) | **CASE NO. 14-07511** |
| | ) | |
| Debtor(s). | ) | **Hon. Pamela S. Hollis** |

To: See Attached Service List

### TRUSTEE'S CERTIFICATE OF SERVICE FOR NOTICE OF TRUSTEE'S FEE APPLICATION

### PROOF OF SERVICE

    I, the undersigned attorney, certify that I served a copy of this Notice and attached Motion upon the person(s) listed above by mailing the same in a properly addressed envelope, postage prepaid, and placed in a U.S. depository in Oswego, Illinois on the 23rd day of April, 2019, unless a copy was served electronically which occurs automatically upon the filing of the aforesaid document with the Bankruptcy Clerk of the Court.

                                        */s/ Peter N. Metrou*
                                        **Bankruptcy Trustee**

Prepared by:
**PETER N. METROU**
Metrou & Associates, P.C.
123 W. Washington St., Ste. 216
Oswego, Illinois 60543
(630) 551-7171

SERVICE LIST

Via First-Class Mail

ACC International
919 Estes Court
Schaumburg, IL 60193-4427

Accion Chicago
c/o Teller, Levit et al
11 E Adams St
Chicago, IL 60603-6301

AFCS
10333 N Meridian St, Suite 270
Indianapolis, IN 46290-1144

AFNI
PO Box 3427
Bloomington, IL 61702-3427

Allied Interstate
PO Box 4000
Warrenton, VA 20188-4000

American InfoSource LP as agent for
T Mobile/T-Mobile USA Inc
PO Box 248848
Oklahoma City, OK  73124-8848

Americas Financial Choice
667 River Oaks Dr
Calumet City, IL 60409-5825

Americash Loans
3200 W 159th Street
Markham, IL 60428-4056

Asset Acceptance
PO Box 2036
Warren, MI 48090-2036

AT&T U-Verse
P.O. Box 5014
Carol Stream, IL 60197-5014

AT&T
PO Box 8100
Aurora, IL 60507-8100

Carisa Hurley
22509 Imperial Drive
Richton Park, IL 60471

CCS First National Bank
500 E 60th St N
Sioux Falls, SD 57104-0478

Chgo Dept of Finance
PO Box 88292
Chicago, IL 60680-1292

City of Chicago
PO Box 88292
Chicago, IL 60680-1292

City of Country Club Hills
39771 Treasury Center
Chicago, IL 60694-9700

Columbia House
PO Box 91640
Indianapolis, IN 46291

Comcast
PO Box 3002
Southeastern, PA 19398-3002

Comed
PO Box 6111
Carol Stream, IL 60197-6111

Commonwealth Edison
PO Box 767
Chicago, IL 60690-0767

Cook County States Atty
Restitution Program
PO Box A3984
Chicago, IL 60690-3984

Credit One Bank
Bank Card Center
P.O. Box 98873
Las Vegas, NV 89193-8873

Creditors Collection Bureau
P.O. Box 63
Kankakee, IL 60901-0063

Devon Financial
3702 W Sauk Trail Rd
Richton Park, IL 60471-1404

DIRECTV LLC
ATTN BANKRUPTCIES
PO BOX 6550
GREENWOOD VILLAGE CO 80155-6550

Eastern Acct System
PO Box 837
Newtown, CT 06470-0837

Wellgroup Health Partners
333 Dixie Hwy
Chicago Heights, IL 60411-1748

ER Solutions
PO Box 9004
Renton, WA 98057-9004

Fast Cash USA
3921 Sauk Trail
Richton Park, IL 60471-1339

Fifth Third Bank Checking
PO Box 630900
Cincinnati, OH 45263-0900

First Cash Advance
1205 E Sibley
Dolton, IL 60419-2928

First Investors Financial Svs Group
675 Bering Dr, #710
Houston, TX 77057-2266

First Investors
PO Box 740512
Atlanta, GA 30374-0512

First Premier Bank
PO Box 5147
Sioux Falls, SD 57117-5147

Franciscan Alliance
37653 Eagle Way
Chicago, IL 60678-0376

GE Capital
PO Box 310
Barrington, IL 60011-0310

GUARANTY BANK
4000 W BROWN DEER ROAD
LOAN ADMINISTRATION
BROWN DEER WI 53209-1221

HSN
PO Box 530993
Atlanta, GA 30353-0993

IC Systems Inc
PO Box 64378
St Paul, MN 55164-0378

ILLINOIS DEPARTMENT OF REVENUE
BANKRUPTCY DEPARTMENT
P O BOX 64338
CHICAGO IL 60664-0338

Integrity Solution Service
PO Box 1898
St Charles, MO 63302-1898

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY
OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

ISAC
1755 Lake Cook Road
Deerfield, IL 60015-5215

ISAC
509 S 6th St
Springfield, IL 62701-1809

JC Christensen & Assoc
PO Box 519
Sauk Rapids, MN 56379-0519

JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

Lincolnway Check Cashers
c/o Sorman & Frankel
203 N LaSAlle St, Suite 2350
Chicago, IL 60601-1220

LVNV Funding, LLC its successors and assigns
assignee of FNBM, LLC
Resurgent Capital Services
PO Box 10587

Mary Hurley
466 Catalpa
Matteson, IL 60443

MB Financial Bank
1200 N Ashland Ave
Chicago, IL 60622-2259

MB Financial
6111 River Rd
Des Plaines, IL 60018-5111

Metabank
5501 S Broadband Ln
Sioux Falls, SD 57108-2253

Miramed
Dept 77304
PO Box 77000
Detroit, MI 48277-2000

Mobile Loans
164 Yuroni Trail
Marksville, LA 71351-3096

Monterey Financial Services
4095 Avenida De la Plata
Oceanside, CA 92056-5802

Municipal Collection Services, Inc.
P.O. Box 666
Lansing, IL 60438-0666

Nicor gas
po box 549
Aurora il 60507-0549

Nicor
PO Box 2020
Aurora, IL 60507-2020

Northern Leasing
132 W 31st St, FL 14
New York, NY 10001-3406

Open MRI of Olympia Fields
PO Box 823
Wheaton, IL 60187-0823

Penn Credit Corporation
PO Box 988
Harrisburg, PA 17108-0988

Plains Commerce Bank
PO Box 89940
Sioux Falls, SD 57109-6940

PLS
628 W 14th St
Chicago Heights, IL 60411-2305

Premier Bankcard/Charter
P.O. Box 2208
Vacaville, CA 95696-8208

QVC GECRB
P.O. Box 530905
Atlanta, GA 30353-0905

Sallie Mae
11100 USA Parkway
Fishers, IN 46037-9203

Salute
PO Box 790174
Saint Louis, MO 63179-0174

Security Credit Services
2623 W Oxford Loop
Oxford, MS 38655-5442

SPRINT NEXTEL CORRESPONDENCE
ATTN BANKRUPTCY DEPT
PO BOX 7949
OVERLAND PARK KS 66207-0949

St James Hospital
37653 Eagle Way
Chicago, IL 60678-0376

St James Hospital
PO Box 580
Chicago Heights, IL 60412-0580

T MOBILE
C O AMERICAN INFOSOURCE LP
4515 N SANTA FE AVE
OKLAHOMA CITY OK 73118-7901

TCF National Bank
800 Burr Ridge Pkwy
Burr Ridge, IL 60527-0865

Tribute
PO Box 790193
Saint Louis, MO 63179-0193

Westlake Financial
4751 Wilshire Blvd, #100
Los Angeles, CA 90010-3847

United Acceptance
2400 Lake Park Dr, Suite 100
Smyrna, GA 30080-8993

United Portfolio Mgmt
1942 Lexington Ave North, Suite 1
Roseville, MN 55113-6401

US Department of Education
PO Box 530260
Atlanta, GA 30353-0260

US Department of Education
PO Box 7860
Madison, WI 53707-7860

Village of Park Forest
200 Lakewood Blvd
Park Forest, IL 60466-1718

Via ECF

U.S. Bankruptcy Court
Eastern Division
219 S Dearborn
7th Floor
Chicago, IL 60604-1702

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604-2027

Edwin L Feld
Edwin L Feld & Associates, LLC
1 N LaSalle Street Suite 1225
Chicago, IL 60602-4219

# UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| CARISA HURLEY | § | Case No. 14-07511 |
| | § | |
| Debtor | § | |

## SUMMARY OF AMENDED TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 75,000.00 |
| and approved disbursements of | $ | 26,076.21 |
| leaving a balance on hand of[1] | $ | 48,923.79 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: Peter N. Metrou | $ 6,800.00 | $ 0.00 | $ 6,800.00 |
| Trustee Expenses: Peter N. Metrou | $ 189.80 | $ 0.00 | $ 189.80 |
| Attorney for Trustee Fees: Michael Jaskula | $ 15,000.00 | $ 15,000.00 | $ 0.00 |
| Accountant for Trustee Fees: Kutchins Robbins & Diamond Ltd. | $ 1,007.00 | $ 0.00 | $ 1,007.00 |
| Other: Department of Treasury | $ 4,395.00 | $ 4,395.00 | $ 0.00 |
| Other: ILLINOIS DEPARTMENT OF REVENUE | $ 2,564.00 | $ 2,564.00 | $ 0.00 |
| Total to be paid for chapter 7 administrative expenses | | | $ 7,996.80 |
| Remaining Balance | | | $ 40,926.99 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 1,600.70 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | IRS | $ 1,600.70 | $ 0.00 | $ 1,600.70 |

| | | |
|---|---|---|
| Total to be paid to priority creditors | $ | 1,600.70 |
| Remaining Balance | $ | 39,326.29 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 61,539.45 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 63.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | ISAC | $ 54,360.25 | $ 0.00 | $ 34,738.48 |
| 2 | IRS | $ 1,080.30 | $ 0.00 | $ 690.36 |
| 3 | JEFFERSON CAPITAL SYSTEMS, LLC; | $ 455.18 | $ 0.00 | $ 290.88 |
| 4 | PREMIER BANKCARD/ CHARTER | $ 834.72 | $ 0.00 | $ 533.42 |
| 5 | NICOR GAS | $ 1,556.06 | $ 0.00 | $ 994.39 |
| 6 | AMERICAN INFOSOURCE LP AS AGENT FOR | $ 1,083.77 | $ 0.00 | $ 692.57 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 7 | LVNV FUNDING, LLC ITS SUCCESSORS AND ASSIGNS AS | $ 827.21 | $ 0.00 | $ 528.62 |
| 8 | JEFFERSON CAPITAL SYSTEMS LLC | $ 679.39 | $ 0.00 | $ 434.16 |
| 9 | JEFFERSON CAPITAL SYSTEMS LLC | $ 662.57 | $ 0.00 | $ 423.41 |
| | Total to be paid to timely general unsecured creditors | | | $ 39,326.29 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Peter N. Metrou
Chapter 7 Trustee

*Peter N. Metrou, Trustee*
*123 W. Washington St.*
*Suite 216*
*Oswego, IL 60543*

UST Form 101-7-NFR (10/1/2010) *(Page: 4)*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.